**Patrick T. BOYLE et al.**

v.

**Frank NEWMAN et al.**

**No. 80–28–A.**

Supreme Court of Rhode Island.

April 24, 1980.

John D. Lynch, Warwick, for plaintiff Kenneth L. Brekka.

Letts, Quinn & Licht, Nicholas Trott Long, Daniel J. Murray, Joseph DeAngelis, Providence, for respondents.

## ORDER

The motion of plaintiff Kenneth L. Brekka to remand this case to the Superior Court for hearing as prayed is denied.